UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                         CHAPTER 13
GARY L. WANDTKE
NANCY E. WANDTKE                           CASE NO. 12-83221

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Green Tree Servicing LLC           **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 6119

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2269.38 (Per Amended Claim Filed 10/29/12) |
| Amount Paid by Trustee | $2268.38 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan          ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17                      /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17                      /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 0049
PALATINE, IL 60055-0049

GREEN TREE SERVICING
322 MINNESOTA ST., STE 610
SAINT PAUL, MN  55101

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY, SD 57709-6154

GARY L. WANDTKE
NANCY E. WANDTKE
406 JAMES CT.
ALGONQUIN, IL  60102

GERACI LAW LLC
55 E. MONROE ST., #3400
CHICAGO, IL  60603